# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

TONY BYRD                                                     PLAINTIFF

v.                          No. 3:23-cv-182-DPM

CITY OF LUXORA, ARKANSAS                      DEFENDANT

## JUDGMENT

Byrd's complaint is dismissed with prejudice.  The Court retains jurisdiction until 8 July 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____
8 May 2025